IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE BALTIMORE LIFE INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 2:22-cv-00878 |
| v. | * | |
| PAMELA J. ZUCCARINI, et al., | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * *

**JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT**

The Baltimore Life Companies, Linda Zuccarini, in both her individual capacity and as Personal Representative for the Estate of Lee R. Zuccarini, Sr., Deceased; and Cassandra Leary and Cynthia Chisholm, in their capacities as co-personal representatives of the Estate of Pamela J. Zuccarini and in their capacities as guardians of B.Z-G, a minor, and M.Z., a minor, respectively, both heirs of the Estate of Pamela J. Zuccarini, by their respective undersigned attorneys, hereby jointly move that the Court enter the Consent Judgment attached hereto as Exhibit A.

| | |
|---|---|
| _/s/ Stephen H. Kaufman_ | _/s/ Benjamin Goodwin_ |
| Stephen H. Kaufman, Bar# 44143 | Benjamin F. Goodwin, Bar # |
| RKW Law Group | Law Office of Benjamin F. Goodwin |
| 10075 Red Run Blvd., 4th Floor | 92 East Main Street, Suite 20 |
| Owings Mills, Maryland 21117 | Uniontown, Pennsylvania 15401 |
| 443-379-8941 | 724-438-1616 |
| 443-379-4023 fax | 724-438-1664 fax |
| skaufman@rkwlawgroup.com | Goodwin.benjamin@gmail.com |
| *Attorneys for Baltimore Life Insurance Companies* | *Attorneys for Linda Zuccarini and the Estate of Lee R. Zuccarini, Sr.* |

  */s/ George C. Miller, Jr.*
George C. Miller, Jr., Bar #
Goldleaf Law PLLC
110 E. Pittsburgh Street
Greensburg, Pennsylvania 15601
724-838-8600
724-838-8601 fax
george@goldleaflaw.com
*Attorneys for the Estate of Pamela J. Zuccarini*